```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 08 B 02515
   EVERARDO CORONA
                                                 CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-3737

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/05/2008 and was not confirmed.

     The case was dismissed without confirmation 04/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T NOTICE ONLY    NOT FILED              .00           .00
COUNTRYWIDE HOME LOANS I NOTICE ONLY    NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED         499.32              .00           .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00              .00           .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE   54161.32              .00           .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00              .00           .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE   16100.00              .00           .00
CITY OF CHICAGO WATER DE SECURED NOT I        .00              .00           .00
*WASHINGTON MUTUAL BANK  UNSECURED      NOT FILED              .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED         659.96              .00           .00
VERONICA D JOYNER        DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                         --------------       --------------
TOTALS                        .00                      .00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 02515 EVERARDO CORONA

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE